IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | NO. 3:21-CR-00236-E |
| | § | |
| WILLIAM ROY STONE, JR | § | |

**DEFENDANT STONE'S NOTICE OF RULE 16(A) DISCOVERY REQUEST**

On June 1, 2021, Defendant William Roy Stone, Jr., through counsel tendered a Rule 16(a) discovery request to the government. The government confirmed receipt of the request and it is their position they have complied with the request.

Respectfully submitted,

 */s/ Gregg Gallian*
Gregg Gallian

**GALLIAN FIRM LLC**
3500 Maple Avenue, Suite 230
Dallas, Texas 75219
Telephone: (214) 432-8860
Facsimile: (972) 433-5835
Email: Gregg@GallianDefenseFirm.com
Texas Bar: 24085952


Jaclyn Gallian
**BRYAN CAVE LEIGHTON PAISNER**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: jaclyn.gallian@bclplaw.com
Texas Bar: 24092845

**ATTORNEYS FOR WILLIAM ROY STONE, JR.**

## **CERTIFICATE OF SERVICE**

      I certify that on January 18, 2023, I electronically filed this document with the Clerk of Court for the Northern District of Texas, using the electronic case filing (ECF) system of the Court, and thereby served it on counsel of record in this case.

      */s/ Gregg Gallian*
      Gregg Gallian