# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | NO. 3:21-CR-00236-E |
| | § | |
| WILLIAM ROY STONE, JR | § | |

## ORDER GRANTING DEFENDANT STONE'S MOTION FOR DISCLOSURE OF EXTRANEOUS ACTS

After due consideration of Defendant Stone's Motion for Disclosure of Extraneous Acts, the Court finds that Defendant's motion is **GRANTED**. The government is to provide notice of any prior convictions, alleged violations of the law not alleged in the indictment, or extraneous acts allegedly done by Stone or other alleged coconspirators in this cause.

SO ORDERED.

19th day of January, 2023

_____
HONORABLE ADA BROWN
UNITED STATES DISTRICT JUDGE