IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-00236-E |
| WILLIAM ROY STONE, JR. JOSEPH EVENTINO DELEON | |

GOVERNMENT'S NOTICE OF 404(b) EVIDENCE

The government files this notice of 404(b) evidence that the government would likely put forth in its case-in-chief at trial. Though some of the following evidence is intrinsic to the charged offenses, pursuant to Federal Rules of Evidence Rule 404(b), the government intends to offer the following evidence to prove motive, opportunity, intent, preparation, plan, knowledge, and absence of mistake.

William Stone:

1.    Gloria Hernandez

Before and during the conspiracy, Stone told Ms. Hernandez that he was employed by the FBI and then by the CIA. Stone said that he learned to fly helicopters in Vietnam and was a Navy Seal. Stone claimed that his birthday was December 10, 1955. Stone claimed that he was a Colonel with the CIA who met with Afghan village leaders to fight the Taliban. Stone claimed that he routinely flew a CIA aircraft to an airfield in the D-FW Metroplex for supplies and to meet with her. Stone told Ms. Hernandez that their intimate relationship was exclusive, and they would look at houses together. Stone told

Ms. Hernandez they would marry after he retired from government service and buy a house together.  Stone told Ms. Hernandez that he lived out of the area throughout the years of the conspiracy and thereafter.  Stone claimed that he was lacking funds because he had to fund his children's college education; consequently, Ms. Hernandez would routinely give him whatever money she had when they met.

4.  Dena Hirsch Kimbrell

During the conspiracy, Stone told Ms. Hirsch that he was employed by the United States government, referred to himself as an "agent," flashed his law enforcement credentials to her, and wore a bullet proof vest and carried a gun in her presence.  On one occasion, Stone purported to interview an inmate at Guantanamo Bay, Cuba, who had to be "cleared by medical" before Stone could engage in another round of interviews.  On another occasion, Stone purported to communicate with Ms. Hirsch by satellite phone from Australia when she actually observed Stone driving his truck in Colleyville, Texas.  On occasion, when Stone would state that he was out of the country, he would tell Ms. Hirsch the "local time."  Stone said he bought his Mercedes (the one secured by funds from the victim) as a gift for himself when he retired from the FBI.  Stone pretended to make and receive calls on his cellphone.  Stone referred to Ms. Hirsch's mother as "Dorothy."  Stone claimed to be part of Hilary Clinton's security detail, and had provided security for Barbara Bush and Alan Jackson.

5.  Jonathan Perez and FBI SA Timothy Bell

While actually employed by the FBI, Stone pretended to make official FBI calls on behalf of Mr. Perez, a FBI contractor, in Mr. Perez's presence.  Mr. Perez had told

Stone that he wanted to become an IT Specialist for the FBI and Stone said he could help him get that position. Mr. Perez subsequently discovered that Stone was lying about making calls on his behalf and alerted Stone's supervisor, SSA Timothy Bell. When confronted by SSA Bell, Stone admitted lying to Mr. Perez and making fake calls.

6. Stacy Barbara

In 2019, Stone said he was a retired FBI agent working as a contractor for the United States government. Stone would call Ms. Barbara stating that he was using a satellite phone purportedly from the Middle East, During the calls, Ms. Barbara could hear the sound of a helicopter in the background. Stone told Ms. Barbara that one of his colleagues, a psychologist named "Neil," had given him advice for Ms. Barbara's daughter. Stone requested the social security numbers for Ms. Barbara and her daughter (which Ms. Barbara gave him) so that Stone could check if there was any fraudulent activity involving them.

7. Leanne Bryan

Stone identified himself as "Liam" and claimed to be on the phone with a co-worker who claimed to be connected to legal circles in Ft. Worth who could assist Ms. Bryan in legal matters involving her late-husband's estate.

8. Kimberly Klodowski

Ms. Klodowski met Stone via an online dating platform in July 2019. Stone claimed to be a current law enforcement officer with the United States government. Stone claimed to conduct private investigations and contract work for the U.S. government. Stone claimed to be a former DPS-Texas Ranger and a former U.S. Army

special forces sniper. Stone further claimed to be the lead investigator in the murder of Chris Kyle, who was also known as the "American Sniper."

9. Julie Allen

Ms. Allen first met Stone in approximately 2008 when he disclosed that he was a FBI agent and maintained contact into approximately 2015-2016. Stone often spoke despairingly of his ex-wife and frequently mentioned that she had received more money from the divorce than she deserved. Stone commented about his inability to afford a nicer truck due to the amount of money he had to give to his ex-wife. Stone told Ms. Allen that he was a former U.S. Marine who served in the Middle East. Ms. Allen talked to Stone after he returned from his FBI-assignment in Washington, D.C. in 2015; Stone did not tell her he had retired from the FBI.

10. Donna Oscarson

Stone met Ms. Oscarson in approximately September 2019 and told her that he had recently travelled to the Middle East working for the U.S. government. Stone also claimed to be a former Secret Service agent who investigated the Baylor University sexual assault case after Ms. Oscarson told Stone that her daughter attended Baylor. Stone also said that he was Special Agent in Charge of some unidentified U.S. agency.

<u>William Stone and Joseph DeLeon:</u>

11.  Adriana Moreno

DeLeon told Ms. Moreno that Stone was an FBI agent who wielded power and influence in the U.S. government. During the conspiracy, DeLeon told Ms. Moreno that Stone could assist her with her immigration status. Ms. Moreno met Stone in May 2019

**Government's Notice of 404(b) Evidence—Page 4**

and said that he could help her with her immigration status because of his position in the U.S. government. Stone convinced Ms. Moreno that she had to move out of her family home she shared with her mother and sisters and live on her own to be considered favorably by immigration authorities. Stone purported to be relaying information about Ms. Moreno's residence to immigration authorities, claiming to be working on Ms. Moreno's immigration petition by writing reports. Stone claimed to have removed people with COVID-19 from the United States and claimed to supervise 200 government employees. At one point, Stone claimed that Ms. Moreno's immigration case was almost complete.

12.   Amber Clayton

During the conspiracy, Stone and DeLeon told Ms. Clayton that Stone was a FBI agent who could help her with issues regarding her employment and compensation at her job. When Ms. Clayton met Stone, he showed her his belt badge and told her that he could get fired for helping her. During the meeting, Stone purported to be on the phone with someone while looking at documents Ms. Clayton brought to the meeting about her employment. Stone told Ms. Clayton that her employer had been "red flagged" and was currently under investigation.

Respectfully submitted,

LEIGHA SIMONTON
United States Attorney

s/*Marcus Busch*
Marcus Busch
Assistant United States Attorney

                                        Texas Bar Number 03493300
                                        1100 Commerce Street, Third Floor
                                        Dallas, Texas 75242
                                        Telephone: 214.659.8642
                                        Facsimile: 214.659.8805
                                        Email: marcus.busch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system will send a Notice of Electronic Filing to the following attorney(s) of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        *s/Marcus Busch*
                                        Marcus Busch
                                        Assistant United States Attorney