IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:21-CR-236-E |
| WILLIAM ROY STONE, JR.<br>JOSEPH EVENTINO DELEON | |

## <u>GOVERNMENT'S WITNESS LIST</u>

Pursuant to this Court's Order, (Dkt. 57), the government submits the following witness list.

## I.    **Probable Witnesses**

1.    C.T.[1]

2.    Darilyn Crites

3.    Penny Weisend

4.    Don Stoner

5.    Danny Briley

6.    Andrew Latham

7.    Pamela McGee

8.    Cutter Thompson

9.    Steve Sexton

10.    Brian Luley

11.    Courtney Calloway

---

[1] The identity of the victim, C.T., has been provided to defense counsel separately by email.

**Government's Witness List—Page 1 of 4**

12.    Dreddrick Brown

13.    James Marcano

14.    Adrianna Moreno

15.    Gloria Hernandez

16.    Stacy Barbara

17.    Kimberly Klodowski

18.    Donna Oscarson

19.    Julie Allen

20.    Amber Clayton

21.    Deana Kimbrell

22.    Mary Leanne Bryan

23.    Jonathan Perez

24.    Timothy Bell

25.    Rachel Farmer

26.    Aaron Sullivan

27.    Darla Bell

28.    Elizabeth Palmer Gontarek

29.    Russell Amsden


**II.     Possible Witnesses**

### III.    Experts

    1.    Marilyn Kolak

    2.    Guy Reynolds

    3.    Bradley Leonard

    4.    Troy Lawrence

    5.    Harry Lidsky

### IV.    Record Custodians

The government anticipates submitting a notice pursuant to Federal Rule of Evidence 902(11) concerning various business records, primarily financial, telephone, motor vehicle, and real estate records and official records.  Out of an abundance of caution, the government may call the following record custodians (or their designees) from the following entities:

    1.    JP Morgan Chase:  William Sullivan and Denise Clemons

    2.    Wells Fargo:  Heidi Dovin

    3.    Navy Federal Credit Union:  Enrique Quisbert

    4.    Texas Department of Motor Vehicles:  Frances Alvarado

    5.    Enterprise Holdings:  Casey Mayfield and Tim Knapp

    6.    Verizon:  Timothy Gray

    7.    AT&T:  Semeon Charles

    8.    Park Place Motorcars:  Veronica Sifuentes

    9.    CarMax:  Tiffani Evans

10.    Texas Toyota of Grapevine:  Matt Glen and Shan Muzammel

11.    Old Republic Title:  Shelby Robinson and John Updegraff

12.    Tarrant County, Texas:  Sheila McDougal

13.    eHarmony.com:  Cathleen Arif

14.    Match.com:  Jennifer Dillard

15.    American Express:  Natalie Morgan


Dated: February 8, 2023


                                        LEIGHA SIMONTON
                                        United States Attorney

                                        */s/ Marcus Busch*
                                        _____
                                        Marcus Busch
                                        Assistant United States Attorney
                                        Texas Bar No. 03493300
                                        1100 Commerce, Suite 300
                                        Dallas, Texas 75242
                                        Telephone: 214.659.8642
                                        Facsimile: 214.767.4104
                                        marcus.busch@usdoj.gov


## CERTIFICATE OF SERVICE

        I hereby certify that on February 8, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic filing system of the Court.  The electronic case filing system will send a notice of filing to all the attorneys of record who have consented to such service.

                                        */s/ Marcus Busch*
                                        _____
                                        Marcus Busch
                                        Assistant United States Attorney