IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:21-CR-236-E |
|---|---|
| v. | ECF |
| WILLIAM ROY STONE, JR. (01)<br>JOSEPH EVENTINO DELEON (02) | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit | Description | Admitted |
|---|---|---|
| 1. | Stone's separation record from the FBI | |
| 2. | Myrna Thompson Revocable Trust dated February 10, 2015 | |
| 3. | Myrna Thompson death certificate | |
| 4. | Photo of Myrna Thompson | |
| 5. | Letters Testamentary in Estate of Myrna Thompson dated December 14, 2015 | |
| 6. | List of Myrna Thompson assets | |
| 7. | DeLeon drawing of C.T.'s[1] house | |
| 8. | Power of Attorney to DeLeon | |
| 9. | C.T.'s Navy Federal bank accounts ending in x-5345 and x-5446 | |
| 10. | C.T.'s JP Morgan Chase accounts ending in x-1272 and x-6621 | |
| 11. | Stone's Wells Fargo bank account ending in x-9065 | |
| 12. | Stone's JP Morgan Chase bank account ending in x-2257 and x-3766 and x-0529 | |

---

[1] The identity of the victim, C.T., has been provided to defense counsel separately by email.

Government's Exhibit List—Page 1

| Exhibit | Description | Admitted |
|---|---|---|
| 13. | Stone's Navy Federal accounts ending in x-7553 and x-9100 | |
| 14. | C.T.'s $1,000 withdrawal from Navy Federal account ending in x-5446, on December 16, 2015 | |
| 15. | Stone's $1,000 deposit into Wells Fargo account ending in x-9065, on December 17, 2015 | |
| 16. | C.T.'s $5,000 withdrawal from Navy Federal account ending in x-5446 of $5,000, on December 18, 2015 | |
| 17. | Stone's deposit of $4,500 into Wells Fargo account ending in x-9065, on December 21, 2015 | |
| 18. | Summary of C.T.'s cash withdrawals from Dec. 2015 – Dec. 2016 | |
| 19. | Summary of C.T.'s payments to Stone and DeLeon | |
| 20. | C.T.'s check, dated January 29, 2016 for $15,000 to DeLeon from Navy Federal account ending in x-5446, and deposit into DeLeon's Wells Fargo account ending in x-5399 | |
| 21. | Titles to C.T.'s 2014 Ford F-150, VIN 1FTFW1ET6EFB60440 | |
| 22. | Photo of 2014 Ford F-150 pickup, extracted from Apple iPhone 6S, IMEI 353300072374744 (DeLeon) | |
| 23. | DeLeon's Wells Fargo bank account ending in x-5399 | |
| 24. | DeLeon's check, dated February 17, 2016, to C.T. for $20,100 from Wells Fargo account ending in x-5399 | |
| 25. | C.T.'s check, dated March 2, 2016, to DeLeon for $20,100 from Navy Federal account ending in x-5446 | |

| Exhibit | Description | Admitted |
|---|---|---|
| 26. | Fort Worth Police Department Cell Phone Examination Results and Report for iPhone 6s, IMEI 353300072374744, telephone number 817-313-7611 (DeLeon) | |
| 27. | DOJ-OIG Examination and Extraction Report for Apple iMac A1419, Serial Number C02TK1ZJJ1GH (Stone) | |
| 28. | C.T.'s "3x5 cards" | |
| 29. | Photos of 3x5 cards extracted from Apple iPhone 5s, IMEI 353297073695418 (C.T.) | |
| 30. | Photos of 3x5 cards extracted from Apple iPhone 6S, IMEI 353300072374744, 817-313-7611 (DeLeon) | |
| 31. | Stone's 2016 divorce decree modification | |
| 32. | Stone's cashier's check, dated March 1, 2016, to S. Stone for $230,000 funded from Wells Fargo account ending in x-9065 | |
| 33. | C.T.'s cashier's check, dated March 2, 2016, to Stone for $250,000 for alleged restitution funded from JP Morgan Chase account ending in x-6621 | |
| 34. | Stone's deposit, dated March 5, 2016, of C.T.'s $250,000 cashier's check into Wells Fargo account ending in x-9065 | |
| 35. | Verizon records for cellular telephones 214-422-2863, 202-697-2932 and 214-213-8465 (Stone) | |
| 36. | AT&T records for cellular telephone 817-313-7611 (DeLeon) | |
| 37. | Text messages between DeLeon and Stone extracted from Apple iPhone 6S, IMEI 353300072374744, 817-313-7611 (DeLeon) | |

| Exhibit | Description | Admitted |
|---|---|---|
| 38. | Text messages between DeLeon and C.T. extracted from Apple iPhone 6S, IMEI 353300072374744, 817-313-7611 (DeLeon) | |
| 39. | C.T.'s cash withdrawal, dated June 3, 2016, of $9,000 from JP Morgan Chase account ending x-6621 | |
| 40. | C.T.'s withdrawal, dated June 17, 2016, for $94,816.90: JP Morgan Chase account ending in x-1272 | |
| 41. | C.T.'s cashier's check, dated June 17, 2016, to Park Place Mercedes in the amount of $76,816.90 funded from JP Morgan Chase account ending x-1272 | |
| 42. | Summary chart regarding $250,000 alleged restitution to Enterprise | |
| 43. | Purchase agreement for 2016 Mercedes AMG CLS 63, VIN WDDLJ7GB3GA174438 from Park Place Motorcars | |
| 44. | Photo of Stone's 2016 Mercedes AMG CLS 63, VIN WDDLJ7GB3GA174438 | |
| 45. | CarMax check, dated July 6, 2016, to DeLeon for $37,000 for sale of C.T.'s F-150 pickup, deposited into DeLeon's Wells Fargo account ending x-5399 | |
| 46. | C.T.'s cash withdrawal, dated June 24, 2016, of $5,000; from Navy Federal account ending x-5446 | |
| 47. | C.T.'s cashier's check, dated September 1, 2016, to Texas Toyota of Grapevine for $24,003.47 funded from JP Morgan Chase account ending in x-6621 | |
| 48. | Purchase agreement of Stone's Toyota Tacoma, VIN 5TFEZCN9HX021559 | |
| 49. | Photo of Stone's Toyota Tacoma, VIN 5TFEZ5CNXHX041853 | |

| Exhibit | Description | Admitted |
|---|---|---|
| 50. | C.T.'s cashier's check, dated September 13, 2016, to Stone for $154,500 funded from JP Morgan Chase account ending in x-1272 | |
| 51. | Stone's deposit, dated September 14, 2016, of C.T.'s $154,500 cashier's check into Wells Fargo account ending x-9065 | |
| 52. | Republic Title records of Stone's purchase of Kennedy Dr., Colleyville, TX residence on September 23, 2016 | |
| 53. | General Warranty Deed for Stone's residence on Kennedy Dr., Colleyville, TX, filed September 23, 2016 | |
| 54. | Photo of Stone's house on Kennedy Dr., Colleyville, TX | |
| 55. | C.T.'s checks, dated October 18, November 11, and November 28, 2016, to Bath Kitchen Design Center/Kitchen & Bath/Bath & Kitchen Design Center, totaling $70,000 from JP Morgan Chase account ending in x-6621 | |
| 56. | Spoof call recording on June 18, 2019 extracted from Apple iMac, Serial Number C02TK1ZJJ1GH | |
| 57. | Transcript of spoof call recording: June 18, 2019 | |
| 58. | June 18, 2019 calendar entry | |
| 59. | DPS search inventory log | |
| 60. | Summary chart of bank accounts for C.T., Stone, and DeLeon | |
| 61. | SpoofCard records | |
| 62. | Stone's Marriott Bonvoy credit card records, June 2019 | |

| Exhibit | Description | Admitted |
|---|---|---|
| 63. | Recorded call between C.T. and Stone: August 20, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 64. | Transcript of August 20, 2019 call | |
| 65. | Recorded call between C.T. and Stone: August 21, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 66. | Transcript of August 21, 2019 call | |
| 67. | Recorded call between C.T. and Stone: August 30, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 68. | Transcript of August 30, 2019 call | |
| 69. | Recorded call between C.T. and DeLeon: September 3, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 70. | Transcript of September 3, 2019 call | |
| 71. | Recorded call between C.T. and DeLeon: September 12, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 72. | Transcript of September 12, 2019 call | |
| 73. | Recorded call between C.T. and DeLeon: September 27, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 74. | Transcript of September 27, 2019 call | |
| 75. | Recorded call between C.T. and DeLeon: September 28, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |

| Exhibit | Description | Admitted |
|---|---|---|
| 76. | Transcript of September 28, 2019 call | |
| 77. | Recorded call between C.T. and Stone: November 21, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 78. | Transcript of November 21, 2019 call | |
| 79. | Recorded call between C.T. and Stone: December 12, 2019, at 11:38am, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 80. | Transcript of December 12, 2019 call | |
| 81. | Recorded call between C.T. and Stone: August 2, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 82. | Transcript of August 2, 2019 call | |
| 83. | Recorded call between DeLeon and Stone: September 5, 2019 | |
| 84. | Transcript of recorded call between DeLeon and Stone: September 5, 2019 | |
| 85. | DOJ-OIG recordings during search of Stone's residence on Kennedy Dr., Colleyville, TX on June 18, 2020 | |
| 86. | Transcript of DOJ-OIG recording during search of Stone's residence on Kennedy Dr., Colleyville, TX on June 18, 2020 | |
| 87. | Texas Ranger recording during search of Stone's residence on Kennedy Dr., Colleyville, TX on June 18, 2020 | |
| 88. | Photos of 3x5 cards extracted from Apple iPhone 6s Plus, IMEI 353297073695418 (C.T.) | |

| Exhibit | Description | Admitted |
|---|---|---|
| 89. | Photos taken of Stone's Kennedy Drive residence during search on June 18, 2020 | |
| 90. | "DEA-Jordan Green" voice messages, dated June 29, 2019, extracted from Apple iMac, Serial Number C02TK1ZJJ1GH | |
| 91. | Transcript of "DEA-Jordan Green" spoof voice messages, dated June 29, 2020 | |
| 92. | Stone 2015 Day Minder calendar | |
| 93. | Stone 2016 Cambridge calendar | |
| 94. | Stone 2017 At-A-Glance calendar | |
| 95. | Stone 2018 Mead calendar | |
| 96. | Stone 2019 At-A-Glance calendar | |
| 97. | Stone 2020 At-A-Glance calendar | |
| 98. | Stone 2020 Weekly Monthly Planner | |
| 99. | Stone's FBI credentials seized during search at Stone's residence on Kennedy Dr., Colleyville, TX | |
| 100. | Stone's manuscript seized during search of Stone's residence on Kennedy Dr., Colleyville, TX | |
| 101. | eHarmony.com records regarding Stone | |
| 102. | Match.com records regarding Stone | |
| 103. | Summary of DeLeon and Stone telephone contacts: 2015-2020 | |
| 104. | Summary of DeLeon and Stone telephone contacts: 2015-2016 | |
| 105. | Stone's U.S. Passport | |

| Exhibit | Description | Admitted |
|---|---|---|
| 106. | U.S. Customs and Border Protection records regarding Stone | |
| 107. | DOJ-OIG Cell Phone Examination Results and Cellebrite Extraction Report for iPhone 8 Plus, IMEI 356712080649965, telephone number 202-697-2932 (Stone) | |
| 108. | DOJ-OIG Cell Phone Examination Results and Cellebrite Extraction Report and Supplemental Report for iPhone X, IMEI 353054096588231, telephone number 214-422-2863 (Stone) | |
| 109. | Reserved | |
| 110. | Hood County Sheriff's Office Cellebrite Extraction for Apple iPhone Xs Max (A1921), bearing IMEI 357277093843863 (Weisend) | |
| 111. | Stone's Citibank records, Aug. 2015 to Sept. 2020 | |
| 112. | Stone's American Express records, Aug. 2015 to Aug. 2020 | |
| 113. | Image from DeLeon contacts: re Stone | |
| 114. | Darla Bell's recorded call with Stone: July 30, 2020 | |
| 115. | Reserved | |
| 116. | Recording of phone call between Stone and psychic extracted from Olympus Digital Recorder, serial number 100648315 | |
| 117. | Transcript of psychic call | |
| 118. | Text messages between Stone and C.T. with "Dr. Bryan funeral" photos sent to C.T., extracted from Apple iMac, Serial Number C02TK1ZJJ1GH | |
| 119. | Stone text messages with Pamela McGee | |

| Exhibit | Description | Admitted |
|---|---|---|
| 120. | DOJ-OIG forensic extraction of Olympus VN-541PC 4.0GB Digital Recorder, bearing serial number 100648315 | |
| 121. | DOJ-OIG Cellphone Examination Results and Cellebrite Extraction Report for Apple iPhone 5s, bearing IMEI 013967000516372 (C.T.) | |
| 122. | DOJ-OIG Cellphone Examination Results and Cellebrite Extraction Report for Apple iPhone 6s Plus, bearing IMEI 353297073695418 (C.T.) | |
| 123. | "Dr. Bryan funeral" photos located during online search | |
| 124. | Voice message of DeLeon to C.T. extracted from Apple iPhone 6s Plus, bearing IMEI 353297073695418 (C.T.) | |
| 125. | Declaration of Elizabeth E. Palmer on Forfeiture | |
| 126. | Summary of Assets Sought for Forfeiture | |
| 127. | Lowest Intermediate Balance Rule Calculations | |
| 128. | Recorded call between DeLeon and Stone: May 7, 2020 | |
| 129. | Transcript of recorded call between DeLeon and Stone: May 7, 2020 | |
| 130. | Recorded call between DeLeon and Stone: May 11, 2020 | |
| 131. | Transcript of recorded call between DeLeon and Stone: May 11, 2020 | |
| 132. | Recorded call between DeLeon and Stone: May 12, 2020 | |
| 133. | Transcript of recorded call between DeLeon and Stone: May 12, 2020 | |
| 134. | Recorded call between DeLeon and Stone: May 13, 2020 | |

| Exhibit | Description | Admitted |
|---|---|---|
| 135. | Transcript of recorded call between DeLeon and Stone: May 13, 2020 | |
| 136. | Titles for C.T.'s 2015 Lexus GX4, VIN ending in x5103 | |
| 137. | Carmax records for purchase of 2014 F-150 pickup | |
| 138. | Browsing history: Courtroom sounds, extracted from Apple iMac, Serial Number C02TK1ZJJ1GH | |
| 139. | Browsing history: Spoof calling, extracted from Apple iMac, Serial Number C02TK1ZJJ1GH | |
| 140. | Browsing history: Helicopter sounds, extracted from Apple iMac, Serial Number C02TK1ZJJ1GH | |
| 141. | Recorded call between C.T. and Stone: August 4, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 142. | Transcript of August 4, 2019 call | |
| 143. | Recorded call between C.T. and Stone: August 8, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 144. | Transcript of August 8, 2019 call | |
| 145. | Recorded call between C.T. and Stone: August 18, 2019 at 10:08pm, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 146. | Transcript of August 18, 2019 call at 10:08pm | |
| 147. | Recorded call between C.T. and Stone: August 11, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 148. | Transcript of August 11, 2019 call | |

| Exhibit | Description | Admitted |
|---|---|---|
| 149. | Recorded call between C.T. and Stone: August 12, 2019, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 150. | Transcript of August 12, 2019 call | |
| 151. | Recorded call between C.T. and Stone: August 18, 2019 at 3:57pm, extracted from Apple iPhone Xs Max (A1921), IMEI 357277093843863 (Weisend) | |
| 152. | Transcript of August 18, 2019 call | |
| 153. | Recorded call between C.T. and Stone: March 2, 2020 | |

LEIGHA SIMONTON
UNITED STATES ATTORNEY

s/ Marcus Busch
Marcus Busch
Assistant United States Attorney
Texas State Bar No. 03493300
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel:  214-659-8642
Fax: 214-659-8809
Email: marcus.busch@doj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2023, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, and all attorneys of record will be notified by the ECF System.

    s/ Marcus Busch
Marcus Busch
Assistant United States Attorney