IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:21-CR-00236-E |
| | § | |
| WILLIAM ROY STONE, JR (1) | § | |
| JOSEPH EVENTINO DELEON (2), | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT STONE'S WITNESS LIST

Through undersigned counsel, William Roy Stone, Jr. hereby files this exhibit list. Additionally, William Roy Stone, Jr. adopts the government's witness list and reserves the right to call witnesses from that list.

| Witness | |
|---|---|
| C.T. | Probable |
| Marissa Wallace | Probable |
| Jeff Clark | Probable |
| F. David Moore | Probable |
| Kelsey Adams | Probable |
| Megan Skylr Chastain | Possible rebuttal |
| Candiss Thompson | Possible rebuttal |
| Crystal Blake | Possible rebuttal |

Respectfully submitted,

 */s/ Gregg Gallian*
Gregg Gallian

**GALLIAN FIRM LLC**
3500 Maple Avenue, Suite 720
Dallas, Texas 75219
Telephone: (214) 432-8860
Facsimile: (972) 433-5835
Email: Gregg@GallianDefenseFirm.com
Texas Bar: 24085952

Jaclyn Gallian
**BRYAN CAVE LEIGHTON PAISNER**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100
Email: jaclyn.gallian@bclplaw.com
Texas Bar: 24092845

**ATTORNEYS FOR WILLIAM ROY STONE, JR.**

## CERTIFICATE OF SERVICE

I certify that on February 8, 2023, I electronically filed this document with the Clerk of Court for the Northern District of Texas, using the electronic case filing (ECF) system of the Court, and thereby served it on counsel of record in this case.

 */s/ Gregg Gallian*
Gregg Gallian