

# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Aug 26, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

---

No. 24-10115

---

United States of America,

*Plaintiff—Appellee,*

versus

William Roy Stone, Jr.,

*Defendants—Appellants.*

---

United States Court of Appeals
Fifth Circuit
**FILED**
August 5, 2025
Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-236-1

---

Before Wiener, Willett, and Ho, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

Case: 24-10115 Document: 149-1 Page: 2 Date Filed: 08/26/2025
Case 3:21-cr-00236-E Document 303 Filed 08/26/25 Page 2 of 3 PageID 18308

No. 24-10115

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 24-10115   USA v. Stone
                          USDC No. 3:21-CR-236-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Lisa E. Ferrara, Deputy Clerk
                          504-310-7675

cc:
    Ms. Barbara Allison Clayton
    Mr. Stephen S. Gilstrap
    Mr. Brent Evan Newton I
    Ms. Lindsey Diane Pryor